CASPER J. RANKIN (CA SBN 249196)
ERIN L. LANEY (CA SBN 259863)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATIONAS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WMALT 2007-OA5

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>RODNEY CLINTON BRINSER, II AND STACEY LEE HARRIS-BRINSER ,<br><br>Debtor(s). | Case No. 10-71505<br><br>Chapter 13<br><br>BANK OF AMERICA**'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN LLP, attorneys for Bank of America, National Associationas successor by merger to LaSalle Bank NA as trustee for WMALT 2007-OA5 hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

ERIN L. LANEY
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933

San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: October 28, 2010        PITE DUNCAN LLP

/s/ ERIN L. LANEY
Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WMALT 2007-OA5

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE BY MAIL |
| 2 | I, Michael Martinez, am a resident of San Diego, California, and I am over the age of |
| 3 | eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, |
| 4 | Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. |
| 5 | I served the attached REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS |
| 6 | AND RESERVATION OF RIGHTS by placing a true copy thereof in an envelope addressed to: |

Corrine Bielejeski
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

Rodney Clinton Brinser, II
Stacey Lee Harris-Brinser
695 Rutherford Circle
Brentwood, CA 94513

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

Which envelope was then sealed and postage fully prepaid thereon, and thereafter on October 28, 2010 deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 28, 2010          /s/ Michael Martinez
                                 MICHAEL MARTINEZ