```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                      Case No. 10-71505 RE

**RODNEY CLINTON BRINSER II and**               Chapter 13
**STACEY LEE HARRIS-BRINSER,**
                                                DECLARATION OF DEBTOR IN
              **Debtors.**                      SUPPORT OF DEBTORS' MOTION TO
                                                VALUE LIEN
_____/  _____

I, Rodney Brinser II, declare:

   1. I am one of the debtors in the above-captioned case.

   2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

   3. At the time I filed my chapter 13 case, on October 05, 2010, I was the owner of the real property located at 695 Rutherford Circle, Brentwood, CA 94513 (the "property").

   4. I am informed and believe that on the date I filed my case, my property was worth approximately $500,000.  On July 08, 2010, I had the property appraised by NCC Appraisal Services.  A copy of the appraisal, which reflects a fair market value of $500,000, is attached hereto as Exhibit A and made a part hereof.

5. The property is encumbered by a First Deed of Trust in favor of PNC Mortgage in the sum of $802,721.49, as evidenced by my Amended Schedule D filed on November 22, 2010, a copy of which is attached as Exhibit B and made a part hereof.

6. PNC Bank is the beneficiary of a Second Deed of Trust against the property in the sum of $100,246.32, as evidenced by its proof of claim filed on October 14, 2010, a copy of which is attached as Exhibit C and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 30, 2010 /s/ Rodney Brinser II
RODNEY BRINSER II

Page 2 of 2

Case: 10-71505  Doc# 17-2  Filed: 12/02/10  Entered: 12/02/10 13:42:44  Page 2 of 2