PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed January 10, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**RODNEY CLINTON BRINSER II and STACEY LEE HARRIS-BRINSER,**

Debtors.
_____/

Case No. 10-71505 RE

Chapter 13

**ORDER VALUING LIEN OF PNC BANK, NA**

On December 01, 2010, Rodney Brinser and Stacey Harris-Brinser (hereinafter Debtors) served a motion to value the lien of PNC Bank, NA against the property commonly known as 695 Rutherford Circle, Brentwood, CA 94513, which lien was recorded in Contra Costa County on or about September 04, 2009 as document 034824800 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

    (2) This order shall become part of Debtors' confirmed chapter 13 plan.

    (3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

    (4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

    (5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

```
Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Rodney and Stacey Brinser
695 Rutherford Circle
Brentwood, CA 94513

Attn: Officer
PNC Bank, NA
222 Delaware Avenue
Wilmington, Delaware 19899

Attn: Officer
PNC Bank, NA
PO Box 94982
Cleveland, OH 44101

Attn: Officer
PNC Bank, NA
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Drive
Sacramento, CA 95833-3503

Bank of America, NA
C/o Pite Duncan, LLP
Attn: Erin L. Laney
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933
```