Form 210A (12/09)                    **United States Bankruptcy Court**

                              NORTHERN DISTRICT OF CA

In Re: HARRIS-BRINSER; STACEY LEE              Case No. 1071505

                    **TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                      Chase Bank USA, N.A.
-----------------------------------------               -----------------------------------------
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): 5
should be sent:                                         Amount of Claim: $26,703.69
POB 41067                                               Date Claim Filed: 11/13/2010
Norfolk, VA 23541

Phone: (877)829-8298                                    Phone:
Last Four Digits of Acct # :  2309                      Last Four Digits of Acct #:

Name and Address where transferee payments              Seller Information
Should be sent (if different from above)                CHASE BANK USA N.A.
PO Box 12914                                            5202 PRESIDENTS COURT
Norfolk, VA 23541                                       FREDERICK MD 21703

Phone: (877)829-8298
Last Four Digits of Acct # : 2309


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                                  Date: 1/17/2011
    -----------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571