1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                        **Case No. 10-71505 RLE**

11 **RODNEY CLINTON BRINSER, II and     Chapter 13**
   **STACEY LEE HARRIS-BRINSER,**

12                                   **MOTION TO MODIFY CHAPTER 13 PLAN;**
                    **Debtors.**       **NOTICE TO CREDITORS OF**
13 _____/   **DEADLINE TO REQUEST A HEARING**

14      The above-named debtors apply to the court for an order to modify

15 their Chapter 13 Plan as follows:

16      Commencing December 2011, debtors will pay $1,800.00 per month to

17 the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-

18 priority creditors shall be paid on a pro-tanto basis.

19      The modification is sought on the following grounds:

20 Mr. Brinser's income has drastically decreased.

21

22 Dated: December 6, 2011

23                                   /s/ Anne Y. Shiau
                                     Anne Y. Shiau
24                                   Attorney for Debtors

25

26

                                                      Page 1 of 1

Case: 10-71505   Doc# 39   Filed: 12/06/11   Entered: 12/06/11 13:59:32   Page 1 of 1