```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**  Case No. 10-71505 RLE

**RODNEY CLIENTON BRINSER, II and**  Chapter 13
**STACEY LEE HARRIS-BRINSER,**

**MOTION TO MODIFY CHAPTER 13 PLAN**

Debtors.

_____/

The above-named debtors applyto the court for an order to modify their Chapter 13 Plan as follows:

Commencing July 2013, debtors will pay $1,150.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtors shall surrender the 2008 Chevy Silverado to Ally Financial fka GMAC.

The modification is sought on the following grounds: Debtors can no longer afford to keep the 2008 Chevy Silverado as their expenses have increased and their income has decreased.

Dated: June 24, 2013

                                            /s/ Anne Y. Shiau
                                            ANNE Y. SHIAU
                                            Attorney for Debtors