PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed July 19, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No. 10-71505 RLE

**RODNEY CLINTON BRINSER, II and STACEY LEE HARRIS-BRINSER,**

Chapter 13

ORDER MODIFYING CHAPTER 13 PLAN

Debtors.
_____/

The above named debtors having served a Motion to Modify Chapter 13 Plan on June 25, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Commencing July 2013, debtors will pay $1,150.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtors shall surrender the 2008 Chevy Silverado to Ally Financial fka GMAC.

**END OF ORDER**

# COURT SERVICE LIST

'No physical service required'