| | |
|---|---|
| 1 | Robert P. Zahradka (SBN 282706) |
| | rzahradka@piteduncan.com |
| 2 | Joseph C. Delmotte (SBN 259460) |
| | jcdelmotte@piteduncan.com |
| 3 | **PITE DUNCAN, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |

Attorneys for Movant
PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co., doing business as Accubanc Mortgage

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 10-71505-RLE |
| | Chapter 13 |
| RODNEY CLINTON BRINSER, II AND STACEY LEE HARRIS-BRINSER, | R.S. No. RPZ - 032 |
| Debtors. | **MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | **PROPERTY**: 695 Rutherford Cir, Brentwood, CA 94513 |
| | **Hearing**: |
| | Date: August 6, 2014 |
| | Time: 1:30 p.m. |
| | Ctrm: 201 |

PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co., doing business as Accubanc Mortgage ("Movant")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay

of 11 U.S.C. § 362(a) of 11 U.S.C. § 1301(a) as it applies to Movant and the real property located at 695 Rutherford Cir, Brentwood, California 94513 ("Property").

This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

PITE DUNCAN, LLP

Dated: July 16, 2014 /s/ (SBN 282706)
ROBERT P. ZAHRADKA
Attorneys for Movant PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co., doing business as Accubanc Mortgage