

```
                                          Entered on Docket
                                          October 02, 2014
                                          EDWARD J. EMMONS, CLERK
                                          U.S. BANKRUPTCY COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
```

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The Relief Sought in the following order is DENIED. Signed October 2, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

*** See below for reason

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-71505 RLE** |
| **RODNEY CLINTON BRINSER, II and STACEY LEE HARRIS-BRINSER,** | **Chapter 13** |
| Debtors. | <u>**ORDER AVOIDING LIEN**</u> |
| _____/ | |

The above named debtors having served a Motion to Avoid Lien on September 5, 2014, and there being no objections thereto and it appearing that the lien impairs debtors' exemption and good cause appearing therefor:

**IT IS ORDERED** that the default of Chase Bank USA, N.A. is entered and the lien of Chase Bank USA, N.A. which was recorded on October 5, 2010, in Contra Costa County Recorder's Office as Instrument #2010-021493-00 against the real property located at 695 Rutherford Circle, Brentwood, CA 94513 is null and void.

**END OF ORDER**

*** Notice is defective as the Notice was directed toward "RESURGENCE CAPITAL, LLC," and not to Chase Bank USA, N.A.

**COURT SERVICE LIST**

Attn: Officer
Chase Bank USA, N.A.
201 North Walnut Street
Wilmington, DE 19801

Attn: Officer
Chase Bank USA, N.A.
C/o Zwicker & Associates, P.C.
1320 Willow Pass Road, Suite 730
Concord, CA 94520

Attn: Officer
Chase Card Services
PO Box 94014
Palatine, IL 60094

Attn: Carol E. Hardy
Portfolio Receivables Management, LLC
as agent of Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541